976 So.2d 1279 (2008)
STATE ex rel. Antonio WILLIAMS
v.
STATE of Louisiana.
No. 2007-KH-1005.
Supreme Court of Louisiana.
February 22, 2008.
In re Williams, Antonio;  Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of East Feliciana, 20th Judicial District Court Div. A, No. 03-CR-824; to the Court of Appeal, First Circuit, No. 2007 KW 0332.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; State v. Parker, 98-0256 (La.5/8/98), 711 So.2d 694.